1  McGREGOR W. SCOTT
   United States Attorney
2  JILL M. THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  916-554-2781

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | MAG. NO. 07-0087 EFB |
|---|---|---|
| Plaintiff, | ) | MOTION AND ORDER DISMISSING COMPLAINT |
| v. | ) | |
| JAMES GILL, | ) | |
| Defendant. | ) | |

The United States of America, by and through its undersigned attorney, Jill M. Thomas, Assistant United States Attorney, respectfully requests that this Court dismiss the above-captioned complaint, without prejudice, against defendant JAMES GILL.

This motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 29, 2007              Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney


                                   By:/s/ JILL M. THOMAS
                                      JILL M. THOMAS
                                      Assistant U.S. Attorney

1

1 O R D E R

2    IT IS ORDERED THAT the above-captioned Complaint be and is
3 hereby dismissed, without prejudice, against JAMES GILL.

4

5 DATED: March 30, 2007.

6 _____
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28