**FILED**
March 30, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                           )<br>            Plaintiff,                        )<br>v.                                                     )<br>                                                           )<br>JAMES GILL,                                  )<br>                                                           )<br>            Defendant.                    ) | Case No. MAG. 07-0087-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JAMES GILL, Case No. MAG. 07-0087-EFB from custody subject for the following reasons:

   ___   Release on Personal Recognizance

   ___   Bail Posted in the Sum of $

      ___   Unsecured Appearance Bond

      ___   Appearance Bond with 10% Deposit

      ___   Appearance Bond with Surety

      ___   (Other) Conditions as stated on the record.

   _X_   (Other)   On March 30, 2007, the Court granted Plaintiff's Motion to Dimiss the Complaint against the Defendant without prejudice.

Issued at Sacramento, CA on March 30, 2007 at 9:15 AM.

By _____
Edmund F. Brennan
United States Magistrate Judge